Dismissed and Memorandum Opinion filed April 15, 2010.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00773-CV

____________

 

ANDERSEN WINDOWS, INC., Appellant

 

V.

 

STAGING SOLUTIONS, INC., Appellee

 



 

On Appeal from the
113th District Court

Harris County,
Texas

Trial Court Cause
No. 2005-74120

 



 

MEMORANDUM
OPINION

This is
an appeal from a judgment signed June 8, 2009.  On April 5, 2010, appellant
filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

Panel consists of Justices Anderson, Frost, and Seymore.